EDWARD B. PARKER and Another, Copartners, Doing Business as PARKER & SCHWARTZ, Appellants, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Trustee, Also Known as BANK OF THE MANHATTAN COMPANY, and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 611.] Present — Carswell, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of CORA KEATON, Respondent, v. GEORGE JENKINS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

FANNIE ROBERTS and BENJAMIN ROBERTS, Respondents, v. SUNLIGHT HOMES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied. with ten dollars costs. Present — Carswell, Tompkins, Davis and Johnston, JJ.

LUC ROCHEFORT, Respondent, v. JAMES A. STILLMAN, Appellant, and EMILY M. BAKER, Defendant. (Appeals Nos. 1 and 2.) — Motion for reargument of appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

MAX ROSENTHAL, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Tompkins, Davis and Johnston, JJ.

DOROTHY ST. ORMOND, Respondent, v. ANNA A. BREUNICH, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Carswell, Tompkins, Davis and Johnston, JJ.

HERMAN SCHWARTZ, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

NICHOLAS ACRIDAS, Appellant, v. FRANK A. RUSSELL, Respondent.— Action against a physician and surgeon for malpractice. Judgment for defendant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

AEONIAN HOLDING CORPORATION, Appellant, v. DOBLIT REALTY CORPORATION and Others, Defendants, and IDA MUSSMAN, Respondent. HENRY RUBIN, Attorney, Appellant.— Order denying motion to confirm report of official referee and granting leave to defendant-respondent Mussman to withdraw her application requiring plaintiff and others to render an account unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

AMERICAN YARN COMPANY, INC., Respondent, v. OREGON WORSTED COMPANY, Appellant.— Action by a former sales agent or factor for the defendant to recover damages by reason of breach of contract by the latter. The defendant moved for judgment on the pleadings and for summary judgment. Order denying defendant's motion affirmed, with ten dollars costs and disbursements. It appears that the complaint states a cause of action and that there are questions of fact to be tried. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.